Willis D. Edmister and Others, Respondents, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event.   All concurred, except Cochrane, J., dissenting; Houghton, J , not sitting.

Thomas E. Fitzgerald, Respondent, v. Newton Falls Paper Company, Appellant.— Judgment and order affirmed, with costs.   All concurred, except Smith, P. J., dissenting.

Stephen P. Gurney, Respondent, v. The Village of Earlville, Appellant.— Order unanimously affirmed, with costs.

Elizabeth Hall, Respondent, v. The Cooper Land Company, Appellant.— Judgment and order affirmed, with costs.   All concurred, except Houghton, J., dissenting, and Sewell, J., not voting.

Clara E. Holmes, Respondent, v. Alfred Hemstreet, Appellant.— Judgment and order reversed as against the weight of evidence and new trial granted, with costs to appellant to abide event.   All concurred, except Smith, P. J., and Cochrane, J., dissenting.

John Hook, Appellant, v. Michigan Mutual Life Insurance Company, Respondent.—Judgment unanimously affirmed, with costs.   Cochrane, J., not sitting.

Edward A. Kiley, as Trustee in Bankruptcy of Darwin W. Tayntor, Bankrupt, Appellant, v. Emma H. Tayntor and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

Alexander L. Ladd, Respondent, v. Central New York Telephone and Telegraph Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the respondent stipulates to reduce the verdict to $3,500, in which case the judgment, as so modified, and the order are affirmed, without costs.   All concurred, except Smith, P. J., and Cochrane, J., who voted for affirmance.

Hyman Leventhal and Max Leventhal, Respondents, v. The Phenix Insurance Company of Brooklyn, Appellant, Impleaded with The Ulster County Savings Institution.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, Appellants, to Acquire Real Estate, etc., in the Town of Olive, Ulster County, New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York.   Ashokan Reservoir, Section No. 10. Eldorous Dayton and Others, Commissioners of Appraisal, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

In the Matter of the Probate of the Last Will and Testament of William Coughlin, Deceased.   Hannah Rochford, Proponent, Appellant; Patrick Coughlin and Others, Respondents.— Decree affirmed, with costs.   All concurred, except Kellogg and Sewell, JJ., dissenting.

Joseph A. Murphy, as Executor, etc., of Edward Johnson, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order unanimously affirmed, with costs.

In the Matter of the Application of Joseph Besch, Respondent, for the Examination of Witnesses in an Expected Action.   Horatio M. Pollock, Appel-

lant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of Charles O. Sahler, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 22090, Issued to George P. Zeeh, Appellant.— Order affirmed, with costs. All concurred.

In the Matter of Grace Ryan, an Infant. Edward Ryan, Appellant; Jerry Davern, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Linus D. Meacham, Jr., Respondent, v. Ray Hathaway, Appellant.— Judgment unanimously affirmed, with costs.

Elizabeth M. Nicholson, as Administratrix, etc., of William S. Nicholson, Deceased, Respondent, v. The Town of Stillwater, Appellant.— Judgment and order reversed as against the weight of evidence, and new trial granted, with costs to appellant to abide event. All concurred, except Cochrane and Sewell, JJ., dissenting.

Timothy F. O'Connell, Respondent, v. Scottdale Foundry and Machine Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. John Francis Gilbert, Appellant.— Judgment of conviction affirmed. All concurred.

The People of the State of New York, Respondent, v. Charles Fred Premo, Appellant.— Judgment of conviction affirmed. All concurred.

The People of the State of New York ex rel. Joseph Abel, Appellant, v. Charles F. Milliken and Others, Comprising the Civil Service Commission of the State of New York, and Henry P. Molloy, County Clerk of Kings County, Respondents.— Order unanimously affirmed, without costs.

The People of the State of New York ex rel. Herbert A. Briggs, Appellant, v. Clark Williams, as Comptroller of the State of New York, Respondent.— Order unanimously affirmed, with costs, on the ground that the Comptroller is not subject to mandamus prior to an appropriation by the Legislature.

The People of the State of New York, Respondent, v. The Santa Clara Lumber Company, Appellant.— Order unanimously affirmed, without costs. Kellogg, J., not sitting.

The People of the State of New York, Plaintiff, v. The Bank of Staten Island, Defendant. In the Matter of the Application of Lyman A. Spalding, Special Counsel, Designated by the Attorney-General, etc., Respondent, for Payment to Him of Proper Compensation for His Services as Such; John S. Davenport, Receiver of the Bank of Staten Island, Appellant.— Order modified so as to reduce the amount to be paid respondent to $1,000, and as so modified unanimously affirmed, without costs.

Elizabeth M. Rogers, Respondent, v. Atlantic, Gulf and Pacific Company, Appellant.— Order affirmed without passing upon the question of the effect of sections 73 and 74 of chapter 474 of the Laws of 1909,* with ten dollars costs and disbursements. All concurred.

---

* Forest, Fish and Game Law (Consol. Laws, chap. 19; Laws of 1909, chap. 24), §§ 73, 74, as amd. by Laws of 1909, chap. 474; since amd. by Laws of 1910, chap. 657.— [REP.